UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED T. RHUMA, ET AL., | No. 2:13-cv-2286 LKK AC PS |
| Plaintiffs, | |
| v. | ORDER AND |
| STATE OF LIBYA, | FINDINGS & RECOMMENDATIONS |
| Defendant. | |

Pending before the court is plaintiffs' February 4, 2014 motion for default judgment. ECF No. 13. This matter is before the court pursuant to Local Rule 302(c)(19). The court has determined that the matter shall be submitted upon the record and briefs on file and accordingly, the date for hearing of this matter shall be vacated. E.D. Cal. Local Rule 230. On review of plaintiff's motion, THE COURT FINDS AS FOLLOWS:

Plaintiffs' one-paragraph motion for default judgment is inadequate. It fails to set forth any legal standards -- indeed, it fails to cite to any legal authority -- in support of the motion, including the rule under which the plaintiffs seek default judgment. Consistent with the failure to cite any legal authority, the motion fails to set out, let alone apply, the factors that the court must consider before entry of default judgment. See Eitel v. McCool, 782 F.2d 1470, 1471-72 (9th Cir. 1986). Finally, the motion provides no basis (affidavits or otherwise) for the requested "$190 Killion USD" damages award.

1    "When seeking a default judgment, a plaintiff should provide the Court with points and
2    authorities containing citations to authority showing that the plaintiff's claim or claims include
3    allegations of all the necessary elements required for entitlement to relief.  It is the party's burden
4    to demonstrate to the Court that under the pertinent law, the plaintiff's claims, as alleged, are
5    legally sufficient."  S.A. ex rel. L.A. v. Exeter Union School Dist., 1:09-cv-0834 AWI GSA, 2009
6    WL 1953462, at *8 (E.D. Cal. 2009).  Here, plaintiffs' motion fails to meet this burden.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The March 5, 2014 hearing on plaintiffs' motion for default judgment is vacated;
    2. The Initial Scheduling Conference, set for April 30, 2014, is vacated until further court order; and

    IT IS HEREBY RECOMMENDED that plaintiffs' motion for default judgment (ECF No. 13) be denied without prejudice.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

DATED: February 27, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2