UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED T. RHUMA, ETAL., | No.  2:13-cv-2286 LKK AC PS |
| Plaintiffs, | |
| v. | ORDER |
| STATE OF LIBYA, | |
| Defendant. | |

Plaintiffs are proceeding in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On April 24, 2014, the magistrate judge filed findings and recommendations herein which were served on plaintiffs and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiffs have filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.  In addition, because the magistrate judge correctly finds that plaintiffs have failed to properly serve defendant State of Libya, the sole defendant in this action, the Clerk of the Court will be directed to set aside the default entered against said defendant on February 3, 2014.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 24, 2014, are adopted in full;

2. Plaintiffs' March 12, 2014 application for default judgment (ECF No. 15) is denied;

3. The Clerk of the Court is directed to set aside the default entered against defendant State of Libya on February 3, 2014; and

4. This matter is referred back to the assigned magistrate judge for further proceedings.

DATED: June 5, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT