1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    AHMED T. RHUMA, ET AL.,                      No.  2:13-cv-2286 LKK AC PS

12                 Plaintiffs,

13         v.                                       ORDER

14    STATE OF LIBYA,

15                 Defendant.

16

17         By Order and Findings and Recommendations filed April 24, 2014, the undersigned

18    recommended that plaintiffs' renewed motion for default judgment be denied on the grounds that

19    the allegations in the complaint were insufficient to state a claim and that plaintiffs failed to

20    properly serve the foreign state defendant.  See ECF No. 18.  The Honorable Lawrence K.

21    Karlton adopted these findings and recommendations in full on June 5, 2014, and referred this

22    action back to the undersigned for further proceedings.

23         Following Judge Karlton's June 5, 2014 order, plaintiffs filed a Notice of Interlocutory

24    Appeal, which is now pending before the Ninth Circuit Court of Appeal.  The undersigned notes

25    that plaintiffs failed to comply with the requirements of 28 U.S.C. § 1292(b), which concerns the

26    appeal of orders before the entry of a final judgment.[1]  Certification of an interlocutory appeal

27

28    [1] Under 28 U.S.C. § 1292(b):

requires that: "(1) there is a controlling question of law, (2) that there are substantial grounds for difference of opinion, and (3) that an immediate appeal may materially advance the ultimate termination of the litigation." In re Cement Antitrust Litigation, 673 F.2d 1020, 1026 (9th Cir. 1982) (en banc).  Regardless, the filing of an interlocutory appeal does not stay this action.  See 28 U.S.C. § 1292(b) ("*Provided, however*, That application for an appeal hereunder shall not stay proceedings in the district court unless the district judge or the Court of Appeals or a judge thereof shall so order.") (emphasis in original).

As this action was initiated on November 4, 2013 and there does not appear to be proper or timely service on defendant, see Federal Rules of Civil Procedure 4(j) and 4(m), and in the interest of moving this case forward, IT IS HEREBY ORDERED that a Status Conference is set for Wednesday, October 1, 2014 at 10:00 a.m. in Courtroom # 26.  Plaintiffs shall appear in person and be prepared to discuss their efforts in serving the defendant in compliance with Federal Rule of Civil Procedure 4 and 28 U.S.C. § 1608.

DATED: August 12, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

When a district judge, in making in a civil action an order not otherwise appealable under this section, shall be of the opinion that such order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation, he shall so state in writing in such order. The Court of Appeals which would have jurisdiction of an appeal of such action may thereupon, in its discretion, permit an appeal to be taken from such order, if application is made to it within ten days after entry of the order: *Provided, however*, That application for an appeal hereunder shall not stay proceedings in the district court unless the district judge or the Court of Appeals or a judge thereof shall so order.

Id. (emphasis in original).

2