UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED T. RHUMA, ET AL., | No. 2:13-cv-2286 MCE AC PS |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| STATE OF LIBYA, | |
| Defendant. | |

On October 1, 2014, the court held a status conference in which plaintiffs Ahmed Rhuma and Sam Duval (collectively "plaintiffs") appeared. ECF No. 31. During the proceedings, the court discussed with plaintiffs their efforts to serve defendant the State of Libya and whether the court has subject matter jurisdiction under 21 U.S.C. §§ 1604 and 1605. For the reasons discussed at the hearing, plaintiffs are directed to show cause within thirty days of service of this order why the undersigned should not recommend dismissal on the ground that the court lacks jurisdiction.

IT IS SO ORDERED.

DATED: October 1, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1